UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH<br><br>MDL No. 2385 |

**This Document Relates To:**

| | |
|---|---|
| *Carolyn Collins v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 14-cv-60023-DRH |
| *Lois Jones v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 14-cv-50346-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal previously entered, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

Dated:  December 16, 2015

Digitally signed by Judge David R. Herndon
Date: 2015.12.16 10:53:39 -06'00'

APPROVED:
U.S. DISTRICT JUDGE
U. S. DISTRICT COURT